**In the Interest of V.N.J., L.R.J., D.S.S., and D.M.S.**

**Nos. ED 78332, ED 78333.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 10, 2001.

Derek M. Rudman, St. Louis, MO, for appellant.

Cynthia Harcourt, Clayton, MO, for respondent.

Before AHRENS, P.J., CRANDALL and JAMES R. DOWD, JJ.

**ORDER**

PER CURIAM.

Mother appeals from the judgment of the trial court terminating her parental rights to four of her minor children.

The judgment of the trial court is supported by clear, cogent and convincing evidence. No error of law appears and a written opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).